AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13-1789 JKS |
| ERIC EOIN MARQUES | ) | |
| Defendant(s) | ) | |

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

MAR 2 5 2019

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __7/29/2013__ in the county of __Prince George__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 2, 2251(d)(1), (e) | Conspiracy to Advertise Child Pornography |
| 18 USC §§ 2, 2252A(a)(2)(A),(b)(1), | Conspiracy to Distribute Child Pornography |
| 18 USC §§ 2, 2251(d)(1) | Advertising Child Pornography |
| 18 USC §§ 2, 2252A(a)(2)(A) | Distribution of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Shanna G. Daniels, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __07/29/2013__

_____
Judge's signature

City and state: __Greenbelt, Maryland__     Jillyn K. Schulze, United States Magistrate Judge
Printed name and title