IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

MAR 2 5 2019

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. JKS 13-mj-01789-1 |
| Eric Eoin Marques | * | |

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __March 27, 2019__ (date) at __11:30 a.__(time), before __Timothy J. Sullivan__, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 Courtroom __TBD__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

March 25, 2019
Date

_____
Timothy J. Sullivan
United States Magistrate Judge