IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.   Case No. JKS 13-mj-01789

ERIC EOIN MARQUES

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __Michael Citaramanis__, and the Government was represented by Assistant United States Attorney __Ralph Paradiso__, it is

**ORDERED,** this 27th day of March 2019, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Timothy J. Sullivan
United States Magistrate Judge